```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney          JS 6
 3  Chief, Civil Division
    KEVIN B. FINN
 4  Assistant United States Attorney
    California Bar Number 128072
 5       Federal Building, Suite 7516
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-6739
 7       Facsimile: (213) 894-7327
         E-mail: kevin.finn@usdoj.gov
 8
    Attorneys for Federal Defendants
 9
                     UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12
13  TAREK MOHAMED HAMDI,      ) No. CV 09-1791 DSF (PLAx)
                              )
14              Plaintiff,    )
                              ) ORDER APPROVING STIPULATION
15           v.               ) TO REMAND AND DISMISS
                              )
16  ERIC H. HOLDER, JR., et al., )
                              )
17                            )
                Defendants.   ) Honorable Dale S. Fischer
18                            )
                              )
19                            )
                              )
20                            )
    _____)
21
```

The Court has considered the Stipulation to Remand and Dismiss the parties filed.

THE COURT HEREBY ORDERS that the Stipulation to Remand and Dismiss is approved and this matter is remanded to C.I.S. for adjudication consistent with the Stipulation, and the Federal

1 case is dismissed without prejudice, with each party to bear its
2 own costs and fees, including attorney fees.

4 DATED: April 30, 2009        *Dale S. Fischer*

                                      DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE